UNITED STATES of America,
Appellant,

v.

Frank CURRIE.

No. 15483.

United States Court of Appeals
Eighth Circuit.

Jan. 19, 1956.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Theodore Rothman, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

George E. MacKinnon, U. S. Atty., and Clifford Janes, Asst. U. S. Atty., St. Paul, Minn., for appellant.

Theodore Rothman, Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

UNITED STATES of America,
Appellant,

v.

Rose CURRIE.

No. 15482.

United States Court of Appeals
Eighth Circuit.

Jan. 19, 1956.

KANSAS–NEBRASKA NATURAL GAS COMPANY, Inc., a Kansas Corporation, Appellant,

v.

CITY OF RAVENNA, NEBRASKA, a Municipal Corporation, et al.

No. 15491.

United States Court of Appeals
Eighth Circuit.

Jan. 18, 1956.

James D. Conway, E. J. Jackson, Hastings, Neb. Frank D. Williams, Lincoln, Neb., and Douglas Gleason, Ottawa, Kan., for appellant.

Moller R. Johnson, Ravenna, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.